CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 12 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HASSIN HUBBERT, | ) | Civil Action No. 7:14-cv-00530 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| G. K. WASHINGTON, et al., | ) | By:  Hon. Michael F. Urbanski |
|     Defendants. | ) |        United States District Judge |

This matter is before the court upon defendants' motion for summary judgment and plaintiff's subsequently filed motion for reconsideration of a grant of an extension of time to respond to the motion for summary judgment and his first motion to amend the complaint. Pursuant to Rule 15(a), Fed. R. Civ. P., plaintiff's motion to amend is **GRANTED**; Andy J. Kilbourne and R. Kegley are **JOINED** as defendants; the Clerk **SHALL** notify Kilbourne and Kegley of the action; and defendants' motion for summary judgment and plaintiff's motion for reconsideration are **DENIED as moot**.

The Clerk shall send copies of this Order to the parties.

It is so **ORDERED**.

ENTER: This __12__ day of August, 2015.

/s/ Michael F. Urbanski
United States District Judge