CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 8 2016

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HASSIN HUBBERT,<br>    Plaintiff, | Civil Action No. 7:14-cv-00530 |
| v. | **ORDER** |
| G. K. WASHINGTON, <u>et al.</u>,<br>    Defendants. | By:  Hon. Michael F. Urbanski<br>       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Defendants' motion for summary judgment is **GRANTED in part** as to the Eighth Amendment claims, and it is **DENIED in part** without prejudice as to the Fourteenth Amendment claims. Defendants shall **FILE** a motion for summary judgment within forty-five days of this Order's entry, Plaintiff then will have twenty-one days to respond, and Defendants shall reply within fourteen days thereafter.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 7th day of July, 2016.

/s/ Michael F. Urbanski
United States District Judge